Argued and submitted May 8, 1998; resubmitted En Banc March 3, reversed and remanded for reconsideration March 17, 1999

In the Matter of the Compensation of
Linda K. Holcomb, Claimant.
LIBERTY NORTHWEST INSURANCE
CORPORATION
and Alexander Mfg., Inc.,
*Petitioners,*

*v.*

Linda K. HOLCOMB,
*Respondent.*

(96-08941; CA A99402)

978 P2d 395

Alexander D. Libmann argued the cause and filed the brief for petitioners.

Robert E. Nelson argued the cause and filed the brief for respondent.

Before Deits, Chief Judge, and Edmonds, De Muniz, Landau, Haselton, Armstrong, Linder, Wollheim, Kistler, Judges, and Warren, Senior Judge.

PER CURIAM

Reversed and remanded for reconsideration in light of *Fred Meyer, Inc. v. Bundy*, 159 Or App 44, 978 P2d 385 (1999).